IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFERY MARX, (TDCJ-CID #716623) Petitioner, vs. WILLIAM STEPHENS, Respondent. | CIVIL ACTION H-14-2889 |

## MEMORANDUM ON DISMISSAL

On October 8, 2014, Jeffery Marx filed a petition for federal habeas corpus relief, Civil Action Number 4:14-2868. On October 9, 2014, this court transferred that petition to the Western District of Texas, Austin Division.

On October 10, 2014, Marx filed a letter inquiring about the status of his previously-filed petition. The letter was construed as a petition for a writ of habeas corpus and docketed as a second petition for a writ of habeas corpus under 28 U.S.C. § 2254, and assigned Civil Action Number 4:14-2889. It appears that Marx intended to inquire about pleadings in Civil Action Number 4:14-2868, not file a second petition.

This civil action filed by Jeffery Marx (TDCJ-CID #716623) is DISMISSED without prejudice as improvidently filed. Marx's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is GRANTED. Any remaining pending motions are DENIED as moot.

O:\RAO\VDG\2014\14-2889.a01.wpd

The Clerk is directed to file a copy of the petition, (Docket Entry No. 1), from the instant case, and docket that pleading as a supplemental pleading in Civil Action Number 4:14-2868.

SIGNED at Houston, Texas, on __10-20__, 2014.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE